SOUTH SEAS TRADING CO., Ltd., Plaintiff

v.

SUAMALIE CONSTRUCTION CO., Ltd., Defendant

High Court of American Samoa
Trial Division

CA No. 121-87

November 4, 1987

Before REES, Chief Justice.

Counsel: For Plaintiff, John Ward
         For Defendant, Aviata Fa'alevao

On motion for summary judgment:

Plaintiff moves for summary judgment on its claim that defendant owes it the purchase price of about thirty hot water heaters. Construing the facts most favorably for defendant, plaintiff owes defendant the purchase price of forty hot water heaters. Liquidated debts, or those whose amounts have been determined or may be ascertained by calculation according to established market values, are generally proper subjects of setoff. See 20 Am. Jur. 2d, Counterclaim, Recoupment & Setoff; R.L. Pohlman Co. v. Keystone Consolidated Industries, 399 F. Supp. 330 (E.D. Mo. 1975).

The motion for summary judgment is therefore denied.